Argued January 19, affirmed February 3, 1976

In the Matter of the Marriage of
DIAMOND, *Respondent,*
*and*
DIAMOND, *Appellant.*
(No. 90077, CA 5080)
544 P2d 1058

*Richard B. Stinson, Jr.,* Beaverton, argued the cause and filed the brief for appellant.

*Donald E. Huffman,* Oak Grove, argued the cause for respondent. With him on the brief were Huffman & Barnes, Oak Grove.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

**PER CURIAM**

The sole issue on this appeal from a decree of dissolution of marriage is the distribution of assets. We agree with the distribution ordered by the trial judge.

Affirmed. No costs to either party.